## MYERS v. PHILLIPS.

BECK, P. J. 1. Under the evidence in this case the jury were authorized to return the verdict complained of.

2. In the absence of a request for instructions other than those given as to the contention of the defendant, it was not error to fail to charge further thereon.      *Judgment affirmed. All the Justices concur.*

No. 10372.  NOVEMBER 14, 1934.

*Robert R. Forrester,* for plaintiff.
*C. A. Christian,* for defendant.